**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| SANJULO DAYMON | ) | CASE NO. 20-33455 |
| | ) | |
|     DEBTOR(S). | ) | JUDGE KEVIN R. HUENNEKENS |

---

|  |  |
|---|---|
| US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE PRP II PALS INVESTMENTS TRUST | ) ) ) ) |
|     MOVANT, | ) ) |
| V. | ) ) |
| SANJULO DAYMON 7048 O'MALLEY DRIVE RICHMOND, VA 23234, | ) ) ) |
|     DEBTOR, | ) ) |
| DARLENE D. DAYMON 7048 O'MALLEY DRIVE RICHMOND, VA 23234, | ) ) ) |
|     CO-DEBTOR, | ) ) |
| SUZANNE E. WADE, TRUSTEE 7202 GLEN FOREST DRIVE, SUITE 202 RICHMOND, VA 23226, | ) ) ) ) |
|     RESPONDENTS. | ) ) |

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of the Proposed Order Granting In Rem Relief From Stay And Co-Debtor Stay was provided via Regular U.S. Mail and/or CM/ECF to the parties listed on the attached service list, this 18th day of November, 2020.

**SERVICE LIST**

**VIA U.S. MAIL**

Sanjulo Daymon
7048 O'Malley Drive
Richmond, VA 23234

Keith Yacko (VA Bar No. 37854)
McMichael Taylor Gray, LLC
3550 Engineering Dr. Suite 260
Peachtree Corners, GA 30092
470-289-4347  kyacko@mtglaw.com
VA2020-00347

Darlene D. Daymon
7048 O'Malley Drive
Richmond, VA 23234

**VIA CM/ECF**

Clinton M. Davis
3601 W. Hundred Road, Suite 2
Chester, VA 23831

**Trustees**

Suzanne E. Wade
7202 Glen Forest Drive, Suite 202
Richmond, VA 23226

John P. Fitzgerald, III
Office of the US Trustee - Region 4-R
701 E. Broad Street, Suite 4304
Richmond, VA 23219

                          **McMichael Taylor Gray, LLC**
                          /s/ Keith Yacko
                          Keith Yacko
                          Virginia Bar No. 37854
                          Attorney for Movant
                          3550 Engineering Dr.
                          Suite 260
                          Peachtree Corners, GA. 30092
                          470-289-4347
                          kyacko@mtglaw.com